IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW KORTYNA,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 15-4625 |
| | : | |
| **LAFAYETTE COLLEGE,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 27th day of March, 2017, upon consideration of the defendant's motion to dismiss (Document #22), the plaintiff's response thereto (Document #27), and the defendant's reply brief (Document #30), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part.[1]

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XIII, and XIV of the amended complaint are dismissed. Count XII will remain.